# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No.: 0:04-465-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT ANTHONY LAND, JR. | ) | |
| _____ | ) | |

The defendant has filed a *pro se* "Motion to Modify or Reduce Sentence 18 U.S.C. §3582(c)(2)." The government is respectfully requested to respond to this motion within thirty days.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

June 27, 2012
Columbia, South Carolina